UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No. 17-cv-02456-RRM-RML
ELISHA PINCKNEY,

                              Plaintiff,                          NOTICE OF
        -against-                                   VOLUNTARY DISMISSAL

BERKS CREDIT & COLLECTIONS, INC.,

                              Defendant.
------------------------------------------------------------------------X

        Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and without costs or fees. The class claims are dismissed without prejudice.

Dated:  New York, New York
         July 20, 2017.


/s/ *Novlette R. Kidd*
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI, PLLC
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Nkidd@fagensonpuglisi.com


                          Dated: Brooklyn, New York
                                       _____2017.


                          IT IS SO ORDERED:


                          _____
                          HON. ROSLYNN R. MAUSKOPF
                          United States District Judge