UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Case No. 17-cv-02456-RRM-RML
ELISHA PINCKNEY,

                              Plaintiff,                      NOTICE OF
        -against-                                      VOLUNTARY DISMISSAL

BERKS CREDIT & COLLECTIONS, INC.,

                              Defendant.
------------------------------------------------------------------X

        Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and without costs or fees. The class claims are dismissed without prejudice.

Dated: New York, New York
        July 20, 2017.

/s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI, PLLC
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Nkidd@fagensonpuglisi.com


                        Dated: Brooklyn, New York
                              July 31    2017.

                        IT IS SO ORDERED:


                          s/Roslynn R. Mauskopf
                          HON. ROSLYNN R. MAUSKOPF
                          United States District Judge